OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4924

www.ca3.uscourts.gov

November 6, 2006

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room B-160
Erie, PA  16501

**RE: Docket Nos. 05-2809, 05-2811, 05-2812, 05-2813, 05-2814, 05-2815, 05-2816, 05-2817, 05-2818, 05-2821, 05-2823, 05-2826, 05-2829, 05-2830, 05-2832, 05-2833, 05-2837, 05-2838, 05-2839, 05-2840, 05-3145, 05-3146 & 05-3478**
**Neidig, et al.  vs. Sherman, et al.**
**D.C. Nos. 04-cv-00205E, 04-cv-00156E, 04-cv-00158E, 04-cv-00161E, 04-cv-00162E, 04-cv-00165E, 04-cv-00166E, 04-cv-00216E, 04-cv-00227E, 04-cv-00308E, 05-cv-00014E, 05-cv-00017E, 05-cv-00020E, 05-cv-00021E, 05-cv-00028E, 05-cv-00029E, 05-cv-00042E, 05-cv-00053E, 05-cv-00089E, 05-cv-00105E, 05-cv-00056E & 04-cv-00256E**

Dear Mr. Barth:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

        (X) We return herewith the certified record in the case(s). (2 Boxes). (cvs. 05-2809, 05-2810, 05-2811, 05-2812, 05-2813, 05-2814, 05-2815, 05-2816, 05-2817, 05-2818, 05-2819, 05-2820, 05-2821, 05-2822, 05-2823, 05-2824, 05-2825, 05-2826, 05-2827, 05-2828, 05-2829, 05-2830, 05-2831, 05-2832, 05-2833, 05-2834, 05-2835, 05-2836, 05-2837, 05-2838, 05-2839, 05-2840, 05-2841, 05-3145, 05-3146, 05-3478, 05-3479 & 06-1135).

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

```
                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk


                              /s/ Nicole M. Bruno
                         By:  Nicole M. Bruno
                              Case Manager
```

Enclosure

cc:
        Thomas W. Patton, Esq.
        Michael L. Ivory, Esq.